LEONARD B. SHOENFELD, Respondent, v. JOSEPH COWEN and Others,

Impleaded with CHARLES BERGMANN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.